UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KASHMIR SINGH A/K/A SURJITSINGH (A-097-582-095),

Petitioner,

v.

MOISES BECERRA, et al.,

Respondents.

No.  1:26-cv-0513 DJC CSK

ORDER

Petitioner is a noncitizen prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 18, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Respondents filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 17) are adopted in full.

2. The petition for writ of habeas corpus (ECF No. 1) is GRANTED.

3. A permanent injunction is issued ordering respondents not to impose additional restrictions on petitioner Kashmir Singh a/k/a Surjit Singh (A-097-582-095) absent compliance with constitutional protections, which include, at a minimum, strict compliance with the requirements of 8 C.F.R. § 241.13(i).

4. The Clerk of Court is directed to enter judgment for petitioner, and to close this case.

IT IS SO ORDERED.

Dated:   **April 17, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/sing0513.805.2241.imm.JO

2